UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LEE MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>J. LYNCH, et al.,<br><br>    Defendants. | Case No. 23-cv-01856-TLT<br><br>**ORDER OF TRANSFER** |

Plaintiff, a state prisoner, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 and an application for *in forma pauperis* status. ECF 1, 2. The events or omissions giving rise to plaintiff's claim(s) appear to have occurred at California State Prison, Sacramento (SAC) and plaintiff seeks relief from the SAC warden and associate warden. SAC is located in Sacramento County, which lies within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. *See* 28 U.S.C. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk is directed to close the case. All pending motions are TERMINATED on this Court's docket as no longer pending in this district.

**IT IS SO ORDERED.**

Dated: September 27, 2023

TRINA L. THOMPSON
United States District Judge